UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SIDNEY WHICHARD,

    Plaintiff,                                                    CASE NO. 0:11-cv-62009-JIC

v.

DYNAMIC RECOVERY SOLUTIONS, LLC

    Defendant.
_____/

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF**

NOTICE IS HEREBY GIVEN that Plaintiff, SIDNEY WHICHARD ("Plaintiff"), by and through his attorney, hereby request this Court to make an entry of default against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC ("Defendant"), as Defendant has failed to timely answer or otherwise defendant itself from Plaintiffs' Amended Complaint. The instant motion is based upon the following facts and the supporting declaration by Plaintiffs' counsel.

Dated: December 20, 2011            By:  /s/ Shireen Hormozdi
                                                    Shireen Hormozdi
                                                    Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd., Suite 401
                                                    Los Angeles, CA 90025
                                                    Phone:  (323) 988-2400 ext. 267
                                                    Fax:     (866) 802-0021
                                                    Attorney for Plaintiff
                                                    FBN: 0882461

## DEFENDANT HAS FAILED TO TIMELY ANSWER OR DEFEND ITSELF AGAINST PLAINTIFF'S COMPLAINT

1. On November 4, 2011, Plaintiff filed her First Amended Civil Complaint against Defendant.

2. Plaintiff's Amended Complaint alleged violations of the FDCPA, 15 USC 1692 *et seq*.

3. Plaintiff sought statutory damages pursuant to the above-mentioned statutes in addition to actual damages suffered and reasonable attorney's fees.

4. On November 14, 2011, Defendant was served with a copy of the filed Amended Complaint and Summons by way of process server. (*See Exhibit A)*

6. Defendant's answer to Plaintiff's Complaint was due on December 5, 2011.

7. Defendant has not filed its answer nor contacted Plaintiff's' attorneys requesting an extension to answer.

8. Federal Rule of Civil Procedure 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

9. Defendant has failed to plead or otherwise defend itself against Plaintiff's civil complaint.

10. Plaintiff now request that this court enter a default against Defendant

WHEREFORE, Plaintiff respectfully request this court grant their instant motion and enter a default against Defendant for failure to timely plead or otherwise defend against Plaintiff's Complaint.

Dated: December 20, 2011        By:   /s/ Shireen Hormozdi
                                                                          Shireen Hormozdi
                                                                          Krohn & Moss, Ltd
                                                                          10474 Santa Monica Blvd., Suite 401
                                                                          Los Angeles, CA 90025
                                                                          Phone:  (323) 988-2400 ext. 267
                                                                          Fax:    (866) 802-0021
                                                                          Attorney for Plaintiff
                                                                          FBN: 0882461

## CERTIFICATE OF SERVICE

I, Shireen Hormozdi, certify that a true and correct copy of the foregoing was served upon Defendant, Dynamic Recovery Solutions, LLC, 135 Interstate Blvd. Suite 6, Greenville, SC 29615, via USPS on December 20, 2011.

                                                                       By:   /s/ Shireen Hormozdi
                                                                                Shireen Hormozdi